# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BRYANT, et al.,

    Plaintiffs

V.

ENTERTAINMENT SHOPPING, INC., et al.,

    Defendants.

CASE NUMBER: 1:11-CV-01013

ASSIGNED JUDGE: HON. RUBEN CASTILLO

DESIGNATED MAGISTRATE JUDGE: HON. MICHAEL T. MASON

TO: (Name and address of Defendant)

ENTERTAINMENT SHOPPING, INC., d/b/a Swoopo.com and Oohilove.com
c/o President, Manager or Authorized Persons
800 W. El Camino Real Suite 200
Mountain View, CA 94040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Houck
4045 262nd Ave. SE
Issaquah, WA 98029

an answer to the complaint which is herewith served upon you, within   21   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**March 3, 2011**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/7/11 |
| NAME OF SERVER *(PRINT)* ERIC SCHAPER SANTA CLARA REG#1159 | TITLE CALIFORNIA REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ENTERTAINMENT SHOPPING INC., DBA SWOOPO.COM AND OOHILOVE.COM

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: STEPHANIE FRYE OFFICE MANAGER

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/7/11___
Date                Signature of Server

981 RIDDER PARK DR.
SAN JOSE, CA 95131
408.441.7000

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.