**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Theresa Bryant, et al.
                                  Plaintiff,

v.                                                      Case No.: 1:11−cv−01013
                                                      Honorable Ruben Castillo

Entertainment Shopping, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 5, 2011:

      MINUTE entry before Honorable Ruben Castillo: Parties to file a joint status report on or before 4/25/2011. The Court will hold a status hearing in open court on 4/28/2011 at 10:00 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.